

# NUMBER 13-18-00384-CR

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI – EDINBURG

---

**LANCE TAYLOR,** **Appellant,**

**v.**

**THE STATE OF TEXAS,** **Appellee.**

---

On appeal from the 28th District Court
of Nueces County, Texas.

---

# ORDER OF ABATEMENT

**Before Chief Justice Contreras and Justices Longoria and Tijerina**
**Order Per Curiam**

This cause is before the Court on counsel's failure to file the appellate brief by May 21, 2021, as ordered by this Court. Appellant's current counsel was granted three extensions, and prior to the Honorable M. Michael Meyers' appointment, the Court had

granted four other extensions of time to file appellant's brief. On May 12, 2021, this court ordered the Honorable M. Michael Meyer to file the appellate brief with this court on or before 5:00 p.m. on May 20, 2021, or to show cause why he should not be found in contempt. The clerk of court spoke with M. Michael Meyer at 4:00 p.m. on the same day and he indicated he would not be filing the brief as ordered. To date, the brief has not been filed.

Accordingly, we now ABATE this appeal and REMAND the cause to the trial court for further proceedings pursuant to Rule 38.8(b)(2) and (3) of the Texas Rules of Appellate Procedure. Upon remand, the trial court shall immediately set the matter for a hearing to determine the following: (1) whether appellant desires to prosecute this appeal; (2) why appellant's counsel has failed to file a brief and whether counsel has effectively abandoned the appeal; (3) whether appellant has been denied effective assistance of counsel; (4) whether appellant's counsel should be removed; and (5) whether appellant is indigent and entitled to court-appointed counsel.

If the trial court determines that appellant does want to continue the appeal, that present counsel should be removed, and that appellant is indigent and entitled to court-appointed counsel, the trial court shall appoint new counsel to represent appellant in this appeal. If new counsel is appointed, the name, address, telephone number, email address, and state bar number of said counsel shall be included in an order appointing counsel.

The trial court shall cause its findings and recommendations, together with any orders it may enter regarding the aforementioned issues, to be included in a supplemental clerk's record. Furthermore, the trial court shall cause a supplemental reporter's record of

any proceedings to be prepared. The supplemental clerk's record and supplemental reporter's record, if any, shall be filed with the Clerk of this Court on or before the expiration of twenty days from the date of this order.

Accordingly, the show cause hearing ordered for Monday, May 24, 2021, is held in abeyance and may be set at a future date.

It is so ORDERED.

PER CURIAM

Do not publish.
TEX. R. APP. P. 47.2(b).

Delivered and filed the
24th day of May, 2021.